```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EVELINA CALCANO, ~~ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED~~,

                 Plaintiffs,

            v.

MANNATECH, INCORPORATED,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-6972

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MANNATECH, INCORPORATED, with prejudice and without fees and costs.

Dated: New York, New York
       January 19, 2022

                                                   **GOTTLIEB & ASSOCIATES**

                                                   _/s/Michael A. LaBollita, Esq._

                            Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                                          New York, NY 10003
                                            Phone: (212) 228-9795
                                               Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                                   _Attorneys for Plaintiffs_

---

This case is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to close this case.
SO ORDERED:

_/s/ Valerie Caproni_
United States District Court Judge
Date: January 20, 2022